Christopher Carlsen (CC 9628)
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 710-3900
Attorneys for Plaintiff LPL Projects + Logistics GmbH



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

LPL PROJECTS + LOGISTICS GmbH,

                              Plaintiff,

              - against -                          **RULE 7.1 STATEMENT**

ALBACOR SHIPPING (USA) INC., TRANS
AMERICAN INC., TRANS AMERICAN
TRUCKING SERVICE, INC. and J&R
SCHUGEL TRUCKING, INC.,

                              Defendants.
--------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of

record for Plaintiff LPL Projects + Logistics GmbH certifies that there are no corporate parents

or any publicly held corporation that owns 10% or more of its stock.

Dated:    New York, New York
            June 3, 2008

                              Respectfully submitted,

                              By_____
                                     Christopher Carlsen (CC 9628)
                                     CLYDE & CO US LLP
                                     The Chrysler Building
                                     405 Lexington Avenue
                                     New York, New York 10174
                                     (212) 710-3900

                                     Attorneys for Plaintiff
                                     LPL Projects + Logistics GmbH