# CLYDE&CO
## US LLP

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: 212 710 3900
Facsimile: 212 710 3950
Christopher.carlsen@clydeco.us

July 16, 2008

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   LPL Projects + Logistics GmbH v. Albacor Shipping (USA) Inc., et al
      Index No.: 08 Civ. 5092(SAS)
      Clyde & Co. Ref: CC/0805965

Dear Judge Scheindlin:

We represent the plaintiff in this litigation. The Court has scheduled an initial pretrial conference in this case for July 24, 2008 at 4:30 p.m. The parties have reached a settlement agreement, and a settlement check has been sent to the plaintiff in Germany but has not yet cleared. In view of this settlement, we have not yet served the Complaint. I am writing to request that the conference be adjourned for 30 days to enable us to confirm that the settlement check has been paid before we dismiss the Complaint.

Respectfully,

Christopher Carlsen

CC/mv

Clyde & Co US LLP is a Delaware limited liability partnership with offices in New York and Los Angeles.
Clyde & Co US LLP is affiliated with Clyde & Co, a multinational partnership of lawyers regulated by The Law Society of England & Wales that practices from branch and affiliate* offices located in:
ABU DHABI BELGRADE* CARACAS CARDIFF DUBAI GUILDFORD HONG KONG LONDON MOSCOW NANTES PARIS PIRAEUS RIO DE JANEIRO SHANGHAI SINGAPORE ST PETERSBURG*