UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
        :

LPL PROJECTS + LOGISTICS
GmBH,                         :        ORDER OF
         Plaintiff,                  **DISCONTINUANCE**
        :

    -against-                  08 Civ. 5092 (SAS)
        :

ALBACOR SHIPPING (USA) INC.,
et al.,                       :
         Defendants.
--------------------------------X
**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        Plaintiff's counsel having notified the Court that the parties have reached a resolution of this action,

        IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within forty-five (45) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

        Plaintiff's counsel is directed to serve a copy of this Order upon his adversary.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             July 18, 2008

## - Appearances -

**For Plaintiff:**

Christopher Carlsen
Clyde & Co US LLP
405 Lexington Avenue
New York, NY 10174
(212) 710-3900